

FILED

06/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0274

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0274

LARRY B. DANIELS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

JUN 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Appellant Larry B. Daniels has filed a "Motion to Stay this Appeal Until the Record is Correct or For Retrial as the Appropriate Remedy Due to the Unrecorded Oral Pronouncement of Sentence or Transcripts of this Matter, Not of Record." In short, Daniels contends that the record on appeal is missing the transcripts, sentencing judgment, and trial documents from his underlying criminal case.

We remind Daniels that he appeals the April 24, 2020 Order denying his petition for postconviction relief, filed in the Carbon County District Court. Daniels has already appealed his criminal conviction and sentence with this Court in 2010. *State v. Daniels*, 2011 MT 278, 362 Mont. 426, 265 P.3d 623. More importantly, the Clerk of the Supreme Court has received the entire District Court record of eight filed documents and no transcripts on June 27, 2020. M. R. App. P. 8 and 9. Daniels's request for a stay therefore is inappropriate. We also observe that Daniels has not filed his opening brief that was due on June 26, 2020. Accordingly,

IT IS ORDERED that Daniels's "Motion to Stay this Appeal Until the Record is Correct or For Retrial as the Appropriate Remedy Due to the Unrecorded Oral Pronouncement of Sentence or Transcripts of this Matter, Not of Record" is DENIED and DISMISSED.

IT IS FURTHER ORDERED that Daniels shall prepare, file, and serve his opening brief in accordance with the Montana Rules of Appellate Procedure on or before July 27, 2020. If necessary, Daniels may move this Court for an extension of time to file his opening brief.

The Clerk is directed to provide a copy of this Order to counsel of record and to Larry B. Daniels along with a copy of this Court's Civil Appellate Handbook for reference and assistance in his appeal.

DATED this 29ᵗʰ day of June, 2020.

For the Court,

By _____

Chief Justice

2